STATE OF LOUISIANA

VERSUS

JAMES FRANCIS

NO. 25-KH-418

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Tran
First Deputy, Clerk of Court

September 18, 2025

Linda Tran
First Deputy Clerk

**IN RE** JAMES FRANCIS

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE FRANK A. BRINDISI, DIVISION "E", NUMBER 94-1507

Panel composed of Judges Jude G. Gravois,
Scott U. Schlegel, and Timothy S. Marcel

**WRIT DENIED**

Relator, James Francis, seeks this Court's supervisory review of the trial court's July 31, 2025 ruling which denied his "Motion to Correct Illegal Sentence." Therein, the trial court found that relator's motion, which may be filed at any time pursuant to La. C.Cr.P. art. 882, did not point to a claimed illegal term in his sentence, but rather constituted a challenge to his habitual offender adjudication, which is not cognizable in a motion to correct an illegal sentence. The court denied relator's motion for this reason, and also found relator's motion to be successive, noting that relator's habitual offender adjudication was affirmed on appeal.

By way of background, on August 24, 1994, relator was convicted of armed robbery, and was ultimately sentenced to 150 years imprisonment at hard labor as a second-felony offender, which conviction, adjudication, and sentence were affirmed on appeal. *See State v. Francis*, 95-429 (La. App. 5 Cir. 10/31/95), 662 So.2d 1049 (unpublished opinion), and *State v. Francis*, 96-554 (La. App. 5 Cir. 11/14/96), 684 So.2d 91 (unpublished opinion). The Louisiana Supreme Court denied writs on May 9, 1997. *See State v. Francis*, 97-51 (La. 5/9/97) 693 So.2d 766.

In his writ application, relator does not argue how the trial court erred in its ruling, but merely reiterates the arguments made in his Motion to Correct Illegal Sentence. Relator has previously filed motions to correct illegal sentence, arguing errors in his habitual offender bill proceedings, which have been denied. *See State v. Francis*, 10-1083 (La. App. 5 Cir. 9/26/11) (unpublished writ disposition); *State ex rel. Francis v. Cain*, 14-226 (La. App. 5 Cir. 4/3/14) (unpublished writ

disposition); and *Francis v. State*, 16-544 (La. App. 5 Cir. 9/29/16) (unpublished writ disposition).

Upon review, we find no error in the trial court's ruling. We agree with the trial court's finding that relator's Motion to Correct Illegal Sentence does not assert a claim cognizable in a motion to correct an illegal sentence. Because relator's filing below did not point to a claimed illegal term in his sentence, he did not raise a claim cognizable in a motion to correct an illegal sentence. Instead, he raised a claim of trial error properly cognizable in an application for post-conviction relief, if at all. Accordingly, the "at any time" language of La. C.Cr.P. art. 882 does not apply to relator's filing and the two-year prescriptive period of La. C.Cr.P. art. 930.8 applies instead. *See*, *State v. Parker*, 98-256 (La. 5/8/98), 711 So.2d 694. Further, if we consider relator's motion to be an application for post-conviction relief, we find that it does not assert a claim that would fall outside of the time limitations provided in La. C.Cr.P. art. 930.8. We also find relator's claim to be repetitive and successive under La. C.Cr.P. art. 930.4.

Accordingly, this writ application is denied.

Gretna, Louisiana, this 18th day of September, 2025.

**JGG**
**SUS**
**TSM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **09/18/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**25-KH-418**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Frank A. Brindisi (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
James Francis #298047 (Relator)
Louisiana State Penitentiary
Angola, LA 70712